# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 1:18−CV−12399−FDS<br><br>**PROOF OF SERVICE**<br><br>AFFIDAVIT OF<br>ANA GIRÓN VIVES |

I, Ana Girón Vives, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a paralegal at the National Consumer Law Center.

2. I am submitting this declaration as proof of service of process in this case to the U.S. Attorney's Office in Boston, the U.S. Department of Education's Regional Office in Boston, the U.S. Department of Education in Washington, D.C., and the U.S. Department of Justice in Washington, D.C.

3. On January 8, 2019, I mailed copies of the amended and original complaint in this action to the U.S. Department of Education and the U.S. Department of Justice in Washington, D.C, by certified mail, return receipt requested. See Attachment 1, return receipts from the Department of Justice and Department of Education.

4. On January 14, 2019, I hand-delivered a copy of the summons as well as the amended and original complaint in this action to the Suffolk County Sheriff's Department for service to the U.S. Department of Education's Regional Office, located at 5 Post Office Square, 9th Floor, Boston, MA 02110.

5. On January 18, 2019, the Sheriff's Department served the Department of Education's Regional Office. See Attachment 2, Sheriff's Proof of Service.

6. On February 4, 2019, I hand-delivered a copy of the amended and original complaint in this action to the U.S. Attorney's Office for the District of Massachusetts, located at the John Joseph Moakley Federal Courthouse on 1 Courthouse Way, Boston, MA 02210.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

February 6, 2019 /s/ Ana Girón Vives

Boston, Massachusetts Ana Girón Vives

## CERTIFICATE OF SERVICE

    I, Persis Yu, hereby certify that the above document filed through the ECF system will be sent electronically by email to Ellen Souris at the United States Attorney's Office for the District of Massachusetts on February 6, 2019.

/s/ Persis Yu
Persis Yu

# ATTACHMENT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania, NW
Washington, DC 20530-0001

9590 9402 1570 5362 7706 83

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 16 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Education
400 Maryland Ave.
S.W. Room 6E300
Washington, DC 20202-2111

9590 9402 1570 5362 7706 76

2. Article Number (Transfer from service label)

7000 1670 0013 8027 4479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# ATTACHMENT 2

Civil Action No.: **1:18−CV−12399−FDS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

January 18, 2019

I hereby certify and return that on 1/18/2019 at 9:50 AM I served a true and attested copy of the Summons and First Amended Complaint in this action in the following manner: To wit, by delivering in hand to Tracy Nave, agent and person in charge at the time of service for Department of Education, at 5 Post Office Square Floor 9 Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) Travel ($1.00) U.S. District Court Fee ($5.00) Total: $42.00

Deputy Sheriff   Joseph Casey

*Joseph P Casey*
_____
**Deputy Sheriff**

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____          _____
Date                                                   Server's Signature

                                                        _____
                                                        Printed name and title

                                                        _____
                                                        Server's Address

Additional information regarding attempted service, etc: