UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18−CV−12399−FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR STAY OF ADMINISTRATIVE APPEAL DEADLINE

Plaintiff, the National Consumer Law Center, by its attorney, Persis Yu, respectfully moves the Court for an Order granting a stay of its time to file any administrative appeal in the underlying Freedom of Information Act Request (hereafter "FOIA request") until seven (7) days after Defendant answers or otherwise responds to Plaintiff's First Amended Complaint.

As grounds for this Motion, Plaintiff states that the original complaint was filed prior to receiving a final response to its FOIA request, but after a final response to the FOIA request (hereafter "FOIA response") was mailed by the Defendant. The FOIA response indicates that an administrative appeal is due 90 days following the date on the response. Although Plaintiff asserts that it has exhausted its administrative remedies because the Defendant failed to comply with the time limit allotted by statute and regulation at the time Plaintiff filed its original complaint, 5 U.S.C. § 552(a)(6)(C)(i); 34 C.F.R. § 5.40(c)(1), should Defendant raise this as a defense, then by the time the matter is adjudicated the appeal deadline would have passed, causing the Plaintiff to be prejudiced.

Plaintiff has not been able to consult with Defendant's counsel due to the lapse in appropriation funds for the Department of Justice. As of this date, no United States Attorney for the District of Massachusetts has filed an appearance in this case.

WHEREFORE, Plaintiff requests that the Court grant its motion for a stay of its time to file any administrative appeal in the underlying FOIA request until seven (7) days after Defendant answers or otherwise responds to Plaintiff's First Amended Complaint. Since the US Attorney's Office was not served with the pleadings in this case until February 4, 2019, the response to both the amended complaint and this motion is not due until April 5, 2019.

Dated: February 6, 2019

Respectfully submitted,

/s/ Persis Yu
Persis Yu, BBO No. 685951
Stuart Rossman, BBO No. 430640
Joanna K. Darcus, BBO No. 601146*
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
(617) 542-8010
pyu@nclc.org

*Application to appear pro hac vice forthcoming.*

## CERTIFICATE OF SERVICE

I, Persis Yu, hereby certify that the above document filed through the ECF system will be sent electronically by email to Ellen Souris at the United States Attorney's Office for the District of Massachusetts on February 6, 2019.

/s/ Persis Yu
Persis Yu