UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 1:18−CV−12399−FDS |

**Proposed Order on Plaintiff's Motion for Stay of Administrative Appeal Deadline**

The National Consumer Law Center's Motion for Stay of Administrative Appeal Deadline was filed on February 6, 2019. For the reasons set forth on the record, it is ORDERED as follows:

Plaintiff's Motion is GRANTED and the Plaintiff shall have until seven days after Defendant answers or otherwise responds to Plaintiff's First Amended Complaint to file any administrative appeal in the underlying FOIA request.

Done and ordered in Boston, Massachusetts this \_\_\_\_\_ day of _____, 2019

_____

F. Dennis Saylor, IV.

Judge, U. S. District Court, District of Massachusetts