AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL CONSUMER LAW CENTER<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION<br>*Defendant* | ) ) ) ) ) ) | Case No.   1:18-cv-12399 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, NATIONAL CONSUMER LAW CENTER

Date:    02/04/2019

*Attorney's signature*

STUART T. ROSSMAN B.B.O. NO. 430640
*Printed name and bar number*

National Consumer Law Center
7 Winthrop Square, 4th Fl
Boston, MA 02110

*Address*

srossman@nclc.org
*E-mail address*

(617) 542-8010
*Telephone number*

(617) 542-8028
*FAX number*

## **CERTIFICATE OF SERVICE**

  I, Persis Yu, hereby certify that the above document filed through the ECF system will be sent electronically by email to Ellen Souris at the United States Attorney's Office for the District of Massachusetts on February 6, 2019.

/s/ Persis Yu  
Persis Yu
