UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1:18-CV-12399-FDS |

**PARTIES' JOINT STATEMENT**

Pursuant to Rule 16.1 of the Local Rules of Civil Procedure for the District of Massachusetts, the Plaintiff, National Consumer Law Center ("NCLC"), and the Defendant, United States Department of Education ("ED") (collectively, "the parties") submit their joint statement.

1. Discovery Plan

This is an action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The parties believe that establishment of a schedule of deadlines for discovery is unnecessary because the parties expect that this case, like most FOIA cases, will not involve discovery. *See, e.g., Jordan v. DOL*, 273 F. Supp. 3d 214, 225, 227 n.16 (D.D.C. 2017) (explaining "FOIA cases typically and appropriately are decided on motions for summary judgment" and "without discovery").

2. <u>Proposed Motion Schedule</u>

Since NCLC filed this lawsuit, ED reissued documents that it previously had sent to NCLC in response to the underlying FOIA request, but were defective.  At this time, NCLC is completing its review of the documents ED has provided.  Once that review is complete, the parties can fully discuss their disagreement about whether ED must conduct a further search and whether NCLC must file an administrative appeal to ED instead of seeking this Court's assistance with obtaining additional responsive documents.  ED contends that this Court lacks jurisdiction over this proceeding because NCLC did not file an administrative appeal.

The parties agree to confer and determine whether they can resolve these issues.  Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and further propose that they will file a joint status report by September 14, 2019, as to whether summary judgment briefing will be necessary and, if so, to propose a briefing schedule.

3. <u>Certifications</u>

Pursuant to Local Civil Rule 16.1(d)(3), NCLC has attached the required certification as an exhibit to this Joint Statement.  ED will file a separate certification.

4. <u>Notice of Related Civil Actions</u>

Pursuant to this Court's Standing Order Regarding Notice of Related Civil Actions, the parties state that there are no related actions as defined in Local Civil Rule 40.1(g)(1).

5. <u>Date of Scheduling Conference</u>

Because the parties continue to confer in attempt to narrow and resolve the outstanding

issues, the parties request that the Court vacate the scheduling conference set for August 21.

Dated: August 19, 2019

Respectfully submitted,

/s/ Joanna K. Darcus
Persis Yu, BBO No. 685951
Stuart Rossman, BBO No. 430640
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
(617) 542-8010
pyu@nclc.org
srossman@nclc.org

Joanna K. Darcus *
National Consumer Law Center
1001 Connecticut Ave NW, Suite 510
Washington, DC 20036
(202) 452-6252
jdarcus@nclc.org

*Counsel for Plaintiff*

ANDREW E. LELLING
United States Attorney

By: /s/ Susan M. Poswistilo
   Susan M. Poswistilo, BBO No. 565581
   Assistant U.S. Attorney
   U.S. Attorney's Office
   John J. Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3103
   susan.poswistilo@usdoj.gov

*Counsel for Defendant*

* *Admitted pro hac vice*

## Certificate of Service

I certify that on August 19, 2019, I filed the foregoing through the Court's CM/ECF system, which causes a copy to be served on counsel for all parties by ECF and electronic mail.


/s/ Joanna K. Darcus
Joanna K. Darcus