UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>National Consumer Law Center</u>**
    Plaintiff

v.                                 Civil Action No. <u>1:18-cv-12399 -FDS</u>

**<u>Department of Education</u>**
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Chief Judge F. Dennis Saylor, IV</u>

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within one hundred and twenty (120) days to reopen the action if settlement is not consummated.

                                              By the Court,

<u>11/23/2021</u>                               <u>/S/ Caetlin McManus</u>
  Date                                         Docket Clerk