UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No.: 1:18-cv-12399-FDS |

# NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the Defendant in the above-captioned matter.

|  |  |  |
|---|---|---|
| | | Respectfully submitted,<br><br>NATHANIEL R. MENDELL,<br>Acting United States Attorney |
| Dated:　December 9, 2021 | By: | */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit,<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>thomas.kanwit@usdoj.gov |

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: December 9, 2021                 */s/ Thomas E. Kanwit*
                                                            Thomas E. Kanwit
                                                            Assistant United States Attorney