UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NATIONAL CONSUMER LAW CENTER, | ) | |
| Plaintiff, | ) | Civil Action No. 18-12399-FDS |
| v. | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND RIGHT TO REOPEN ACTION

On November 23, 2021, having been advised by Counsel that this action has settled, the Court ordered that the action be dismissed without costs and without prejudice to the right of any party upon good cause shown within one hundred and twenty (120) days to reopen the action if settlement is not consummated. [Docket # 46]. Defendant, the United States Department of Education, has just approved the settlement amount agreed to by the parties and an additional 60 days are required for processing payment. Therefore, the parties jointly request that the Court extend the right of any party upon good cause shown to reopen the action if the settlement is not fully consummated within sixty (60) days of the Court's approval of this motion.

March 29, 2022

National Consumer Law Center

By: /s/ Stuart T. Rossman
Stuart T. Rossman (B.B.O. 430640)
National Consumer Law Center
7 Winthrop Square, 4th Fl
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

U.S. Department of Education

By: /s/ Thomas E. Kanwit
Thomas E. Kanwit
United States Attorney's Office
1 Courthouse Way, Suite 9200
John Joseph Moakley Federal Courthouse
Boston, MA 02110
617-748-3100
thomas.kanwit@usdoj.gov